UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIC HUMPHRIES, | : No. 3:19-cv-649 |
| Plaintiff | : |
| V. | : |
| UNITED STATES OF AMERICA, | : APRIL 29, 2019 |
| Defendant | |

## COMPLAINT

1. This action arises under the Federal Tort Claims Act 28 U.S.C. §§1346(b), 2401(b) and 2671-80, as hereinafter more fully appears. Before this action was instituted, the claim set forth herein was presented to the United States Postal Service on October 4, 2018. The United States Postal Service having failed to make a final disposition of this claim within six months of its filing, the plaintiff deems such failure to be a denial thereof, pursuant to 28 U.S.C. §2675(a). This suit was commenced within six months of that denial of the claim.

2. The plaintiff, Eric Humphries, resides at 5 Rebecca Lane, Moodus, Connecticut, within the jurisdiction of this court.

3. On or about May 27, 2017, at approximately 1:50 p.m., the plaintiff, Eric Humphries, was operating a bicycle, in the right-hand bicycle lane, in a northerly direction on Route 154 (Main Street), at or near its intersection with Route 80 (Elm Street), both of which are public roads or highways in Deep River, Connecticut.

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

4. At the same time and place, one Kyle H. Leaver was the operator of a postal delivery truck, owned by the United States Postal Service, which was traveling in a southerly direction on Route 154 (Main street), at or near its intersection with Route 80 (Elm Street), and was operating said truck in the course and scope of his employment with the United States Postal Service.

5. At the same time and place, Kyle H. Leaver suddenly, and without warning, attempted to make a left-hand turn into the private driveway located at 177 Main Street, Deep River, Connecticut, and proceeded directly into the northbound bicycle lane, thereby causing a collision with the bicycle being operated by the plaintiff, Eric Humphries, and causing the plaintiff to sustain and suffer the personal injuries and losses which are hereinafter set forth.

6. The personal injuries and losses sustained by the plaintiff, Eric Humphries, were caused by the carelessness and negligence of Kyle H. Leaver, acting as an agent, servant and/or employee of the defendant, United States of America, at the time of the collision, in one or more of the following ways:

    a. in that he failed to yield the right of way to an oncoming bicycle, approaching in the bicycle lane on said highway, when attempting to make a left-hand turn, in violation of § 14-242e of the Connecticut General Statutes; and/or

    b. in that he operated his motor vehicle at a rate of speed greater than is reasonable, having regard to the width, traffic, and use of the highways, the

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

       intersection of streets, and weather conditions, in violation of §14-218a of the Connecticut General Statutes; and/or

b. in that he turned his vehicle from a direct course when such turn could not be made with reasonable safety, in violation of §14-242(a) of the Connecticut General Statutes; and/or

c. in that he failed to keep a proper and reasonable lookout for bicyclists upon the highway, including the plaintiff; and/or

d. in that he failed to apply his brakes in time to avoid a collision with the plaintiff's bicycle, although by a proper and reasonable exercise of his faculties, he could, and should, have done so; and/or

e. in that he failed to turn his vehicle in time to avoid a collision with the plaintiff's bicycle, although by a proper and reasonable exercise of his faculties, he could, and should, have done so; and/or

f. in that he was inattentive in the operation of his motor vehicle; and/or

g. in that he failed to have and keep his motor vehicle under proper and reasonable control; and/or

h. in that he failed to sound his horn or otherwise warn the plaintiff of the impending collision.

7. As a result of the carelessness and negligence of Kyle H. Leaver, the plaintiff sustained personal injuries and losses. The plaintiff was transported by ambulance to the Middlesex Hospital for emergent medical care and treatment. Subsequent examinations and diagnostic studies revealed that the plaintiff sustained

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

3

injuries including a displaced communicated left mid-shaft clavicle fracture, requiring open reduction and internal fixation; a mild diffuse disc bulge at the L1-L2 level, with posterior annular fissure and effacement of the thecal sac; a central disc bulge at the L5-S1 level, with effacement of the thecal sac; a left hip contusion; cervicalgia; lower back pain; injuries to the nerves, muscles and soft tissues of his body, the full nature and extent of which are presently unknown; great pain and anguish; and a shock to his entire nervous system, some or all of which injuries are, or are likely to be, of a permanent nature.

8. As a further result thereof, the plaintiff, Eric Humphries, was forced to incur financial obligations for his medical care and treatment, diagnostic studies, x-rays, medicines, surgery, physical therapy, and the like and will be forced to expend further such sums in the future.

9. As a further result thereof, the plaintiff, Eric Humphries, who was gainfully employed at the time of this incident, has been forced to lose time and wages from his employment, and his future earning capacity will likely be impaired, all to his further loss and detriment.

10. As a further result thereof, the plaintiff, Eric Humphries, was, and in the future will continue to be, unable to carry out his usual and customary activities, all to his further loss and detriment.

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

11. If the defendant were a private person, it would be liable to the plaintiff in accordance with the laws of the State of Connecticut.

**WHEREFORE**, the Plaintiff, Eric Humphries, demands judgment against the defendant in the sum of $400,000.00 and such other relief as the court deems appropriate.

The plaintiff demands a trial by jury.

THE PLAINTIFF,

BY _____
Patrick J. Kennedy
RisCassi and Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT  06126-1557
Federal Bar No. ct27250
Attorney for the Plaintiff

RISCASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
HARTFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

5